**CERTIFICATE OF SERVICE**

   ANNA E. ARREOLA, pursuant to Title 28, United States Code, Section 1746, hereby declares under the penalty of perjury:

   That she is an Assistant United States Attorney in the Office of the United States Attorney for the Southern District of New York, and

   That on September 17, 2007, she caused one copy of a Bill of Particulars, dated September 17, 2007, in the case of United States v. Rosario, S7 07 Cr. 308 (NRB), to be delivered by ECF and mail to:

   Allan Paul Haber
   Law Office of Allan P. Haber
   52 Duane Street
   New York, New York 10007

   Winston Lee, Esq.
   20 Vesey Street, Suite 400
   New York, New York 10007

   Barry A. Weinstein, Esq.
   Goldstein & Weinstein
   888 Grand Concourse
   Bronx, New York 10451

   Merrill Neil Rubin
   Merrill Rubin LLC
   551 Fifth Avenue, Suite 514
   New York, New York 10176

   Sammy Sanchez, Esq.
   30 Vesey St., Room 100
   New York, New York 10007

   Mark J. Stein, Esq.
   Simpson, Thacher & Bartlett, LLP
   425 Lexington Avenue
   New York, New York 10017

   Roger J. Schwarz
   Roger J. Schwarz, Esq.,
   555 Fifth Avenue, 14th Floor
   New York, New York 10017

    Ellyn I. Bank
    30 Vesey Street, Suite 100
    New York, New York 10007

    Roy Raymond Kulcsar, Esq.
    27 Union Square West
    New York, New York 10003

    Joseph Aaron Grob, Esq.
    382 Clinton Avenue
    Cedarhurst, New York 11516

And that on September 17, 2007, she caused one copy of a Bill of Particulars, dated September 17, 2007, in the case of United States v. Rosario, S7 07 Cr. 308 (NRB), to be delivered by mail to:

    Crisnel Y. Lopez
    367 East 163rd Street, Apt. 5B
    Bronx, New York 10451

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:    New York, New York
            September 17, 2007

                                   _____
                                   ANNA E. ARREOLA
                                   ASSISTANT UNITED STATES ATTORNEY
                                   (212) 637-2218