UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

                           Plaintiff,

          -against-                            07 Cr. 00308 (NRB)

JOHN PEREZ

                           Defendant.
-------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __JOSEPH A. GROB__

☐ *Attorney*

    ☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _____

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: __Joseph A. Grob, Attorney & Counselor at Law__

    To: __GOLDBERG & RIMBERG COUNSELORS AT LAW PLLC__

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒ **Address:** __115 BROADWAY, SUITE 302, NY, NY 10006__

☒ **Telephone Number:** __212-697-3250 EXT. 349__

☒ **Fax Number:** __866-651-3196__

☒ **E-Mail Address:** __JOEG@GRF-LAW.COM__

Dated: __2/26/2008__                        [signature]